# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | : | Mag. No. 13-7170 |
| MIGUEL GUERRA ARIAS<br>a/k/a "MIGUEL GIUERRA ARIAS"<br>a/k/a "MIGUEL GUIVERRA ARIAS" | :<br><br>: | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Elizabeth M. Harris, Assistant United States Attorney, appearing), and defendant Miguel Guerra Arias, a/k/a "Miguel Guierra Arias," a/k/a Miguel Guiverra Arias" (Lisa Mack, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right, under 18 U.S.C. § 3161(b), to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the Defendant through his attorney having consented to the continuance; and no prior continuances having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 29th day of July, 2013,

ORDERED that the proceedings in the above-captioned matter are continued from July 25, 2013 to September 25, 2013; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____\
HONORABLE CATHY L. WALDOR\
United States Magistrate Judge

Consented and Agreed to by:

_____\
Lisa Mack, Esq.\
Assistant Federal Public Defender

_____\
Elizabeth M. Harris\
Assistant United States Attorney